IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **William Engelman,** | : | Case No. 1:06-cv-00223-MHW |
| Plaintiff, | : | |
| | | District Judge Michael H. Watson |
| v. | : | |
| **NITV Federal Services, LLC,** | : | **REVISED RULE 26(f)** |
| | | **REPORT OF PARTIES** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 26(f), the parties held a phone conference on June 13, 2006. The following counsel participated:

    Robert S. Kaiser, counsel for Plaintiff William Engelman
    Jamie Ramsey, counsel for Defendant NITV Federal Services, LLC

**1.** **Magistrate Consent.** The Parties do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

**2.** **Pre-Discovery Disclosures.** The parties have agreed to waive initial disclosures.

**3.** **Discovery Issues and Dates.** The parties propose the following:

    **A.** **Subjects.** Discovery will necessary on the following subjects:

        (1) terms and alleged breaches of the parties' contract;
        (2) truth/falsity of Defendant's statements regarding Plaintiff;
        (3) Plaintiff's claimed damages; and
        (4) Defendant's claimed damages.

    **B.** **Phases of Discovery.** Discovery need not be bifurcated or limited.

    **C.** **Dates.**

        Date for disclosure and report of Plaintiff's expert(s):  September 29, 2006

        Date for disclosure and report of Defendant's expert(s):  October 31, 2006

        Date for disclosure and report of rebuttal expert(s):  November 29, 2006

        Date for disclosure of non-expert witnesses:  January 2, 2007

        Discovery Cutoff Date:  February 16, 2007

**4.** **Discovery Limitations.** The parties jointly propose no changes to limitations under Fed. R. Civ. P.

**5.** **Other Matters:**

    **A.** **Protective Order.** The parties do not anticipate a need for a protective order.

    **B.** **Settlement.** A settlement demand has not been made. A response has not been made.

    **C.** **Motion Deadlines.**

        Deadline to amend the pleadings or add parties: closed

        Deadline for motions relative to the pleadings: closed

        Deadline for dispositive motions: February 28, 2007

    **D.** **Pretrial Conference Dates.**

        Recommended date for status conference (if any): none

        Recommended date for final pretrial conference: at the Court's convenience

    **E.** **Other matters pertinent to management of this litigation:** An issue may arise as to arrangements and locations for depositions. Defendant is located in Florida; Plaintiff is an Ohio resident currently working in Guantanamo Bay, Cuba. Counsel will cooperate and try to resolve any issues without the Court's involvement.

Signatures:

| Attorney for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Robert S. Kaiser | /s/ Jamie M. Ramsey |
| Robert S. Kaiser | Jamie M. Ramsey |
| Bar # 0039364 | Bar # 0071369 |